IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 26-cv-00487 -TPO

SOONEN AHUA,
RAMIN SOLTANMOHAMMADI,
SALEH KHALAJ MONFARED,
MEHRDAD REZAEI,
GHOLAMREZA ZAKERI,
MAHBOUBEH HEDAYATI,
MAHDI ZAKERI,
M.Z.,
BABAK MIRZAZADEH,
HAMED VAKILITALEGHANI,
AMIN HOSSEINIAN,
HAMIDREZA SHATERIAN MOHAMMADI,
SAMIRA SHEIKHI,
REYHANEH ZAFARNEJAD,
MOHAMMAD MERATI,
AMIN MONIRIMORAD,
NAFISEH REZAEITARAHOMI,
BEHNAZ SHIRAZI,

Plaintiffs,

v.

JOSEPH B. EDLOW,
In his official capacity as Director of U.S. Citizenship and Immigration Services,

Defendant.

---

**MINUTE ORDER**

---

**Entered by Timothy P. O'Hara, United States Magistrate Judge, on September 2, 2026.**

After hearing argument from the Parties, the Court requires additional briefing prior to resolving the pending motions. **By September 9, 2026**, Defendant shall provide the Court with his position on whether all, some, or none of the 17 Plaintiffs whose I-485 applications remain pending fall within the class of individuals certified by the Hon. Charles R. Breyer on August 24, 2026. *See Red Eagle Law, L.C. v. Edlow*, No. 26-cv-04850-CRB, 2026 WL 2476424 (N.D. Cal. Aug. 24, 2026). If the answer is that all or some of the 17 Plaintiffs should be considered as part of the certified class, then Defendant shall also provide support for its argument that the Plaintiffs' Notice of Motion and Motion for Preliminary Injunction [ECF 8] and Plaintiffs' Ex Parte Notice of

Application and Application for Expedited Discovery [ECF 30] would be moot. Defendant's Statement shall be no longer than 5 pages.

Plaintiffs shall respond, also with no more than 5 pages, by **September 16, 2026**.

No further briefing shall be permitted without the Court's leave.